JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| MICHAEL MORGAN<br><br>Plaintiff,<br><br>vs.<br><br>GARO SECURITY INCORPORATED,<br><br>Defendant. | Case No. :8:21-cv-01602-DOC-DS<br><br>**JUDGMENT** |

# JUDGMENT

The Court hereby ORDERS, ADJUDICATES and DECREES that final judgment is for Plaintiff MICHAEL MORGAN against Defendant GARO SECURITY INCORPORATED.

Defendants GARO SECURITY INCORPORATED must pay Plaintiff MICHAEL MORGAN the sum of Forty-Two Thousand, Five Hundred Twelve dollars and Seventy-Five cents ($42,512.75), consisting of $42,000 in damages for 28 violations under the Telephone Consumer Protection Act ("TCPA") and $512.75 in attorneys' fees and costs.

IT IS SO ORDERED, ADJUDGED AND DECREED.

DATED: January 7, 2022

*David O. Carter*
_____

Hon. David O. Carter
U.S. District Judge